UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUAN ANTONIO ZAVALA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 1:18-cv-00476-BLW<br><br>MEMORANDUM DECISION AND ORDER |

# INTRODUCTION

Before the Court is Juan Antonio Zavala's Notice (Dkt. 6), which the Court construes as a motion for reconsideration. For the reasons explained below, the Court will deny the motion.

# BACKGROUND

In May 2004, a jury convicted Zavala of two crimes: (1) conspiracy to distribute and possess with intent to distribute methamphetamine; and (2) distribution of 50 grams or more of methamphetamine. The Court sentenced Zavala to 360 months' imprisonment, and the Ninth Circuit affirmed. *See United States v. Zavala*, 520 F.3d 984 (9th Cir. 2008) (en banc).

In May 2009, Zavala filed a motion to vacate his sentence under 28 U.S.C. § 2255. Zavala claimed his counsel was ineffective by failing to advise him of the possible

benefits of pleading guilty without a plea agreement and failing to investigate mitigating evidence. After appointing counsel for Zavala and conducting an evidentiary hearing, the Court denied the motion. *See Zavala v. United States*, No. 1:09-cv-212-BLW (D. Idaho July 31, 2012).

In October 2018, over six years after the Court denied his § 2255 motion, Zavala filed a "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241." *See* Dkt. 1. Despite its label, the Court construed that petition as a second or successive petition under 28 U.S.C. § 2255 and dismissed it for lack of jurisdiction. After that, Zavala filed the pending Notice. In this Notice, Zavala rejects the Court's Memorandum and Decision Order as "Forever Condemned, Void and Cancelled." He attaches a copy of the Court's decision to his Notice, and the decision contains this typewritten stamp across each page:

> CONDEMNED  CONDEMNED  CONDEMNED
> VOID       VOID       VOID
> CANCELLED  CANCELLED  CANCELLED
>
> By: Affiant, Mr. Juan Antonio Zavala
> Executed: July 22, 2019
> PS Form 3811, 7018  1130  0000 0064  5589
>
> _____
> /s/ Juan Antonio Zavala
> Autographed under: Cal. Com. Code § 3108

## DISCUSSION

The most logical construction of the pending Notice is that Zavala is simply informing the Court that that he disagrees with the decision. Charitably construed, however, Zavala may be letting the Court know that he wants the Court to reconsider its

Court's July 15, 2019 Memorandum Decision. Zavala has not, however even addressed – much less satisfied – the standards for reconsideration. Accordingly, to the extent Zavala is, in fact, seeking reconsideration of the Court's earlier decision, that request will be denied.

## ORDER

**IT IS ORDERED that:**

(1) Zavala's Notice (Dkt. 6) construed as a motion for reconsideration, is

**DENIED.**

(2) To the extent a certificate of appealability is required, the Court declines to issue one.

DATED: March 4, 2020

B. Lynn Winmill
U.S. District Court Judge